UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:                                        )        CHAPTER 13
                                              )
STANLEY B. NOWAK                              )        CASE NO. 18-80990
                                              )
              Debtor(s).                      )

## TRUSTEE'S MOTION TO DISMISS WITH 180-DAY BAR TO REFILING A CHAPTER 13

NOW COMES Lydia S. Meyer, the standing Chapter 13 Trustee for the United States Bankruptcy Court for the Northern District of Illinois, Western Division, and in support of her motion to dismiss with a 180-Day bar to refiling a Chapter 13 states as follows:

1. The debtor(s) filed herein a voluntary petition pursuant to Chapter 13 of the United States Bankruptcy Code on 2/20/2018 as cause 18-80313. Said case was dismissed on 3/22/2018 on Trustee's Motion to Dismiss prior to confirmation for debtor's failure to file plan and required schedules. Debtor filed this proceeding on 5/1/2018. As of 5/29/2018 a plan and the required schedules have not been filed.

2. That this is debtor's second Chapter 13 proceeding filed within 12 months.

WHEREFORE, the trustee respectfully requests that this case be dismissed with a 180-Day Bar to refiling a Chapter 13.

                                        /s/Lydia S. Meyer
                                        LYDIA S. MEYER, Trustee

LYDIA S. MEYER, Trustee
308 West State Street, Suite 212
Post Office Box 14127
Rockford, IL  61105-4127
Telephone:  815/968-5354
Fax:  815/968-5368